AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 8: 16 mj 1825(JSS) |
| DAVID LYNCH | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 11, 2015 to June 6, 2016___ in the county of ___Sarasota___ in the

___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B) | Receipt and possession of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Kevin Bunch, Task Force Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __12/29/16__

_____
_Judge's signature_

City and state: ___Tampa, Florida___

JULIE S. SNEED, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kevin Bunch, being sworn to tell the truth, state the following:

1.      I am a Detective with the Bradenton Police Department and have been so employed since 1998. I have been a Task Force Agent (TFA) with the Federal Bureau of Investigation (FBI) since September 2012. I have been assigned to Child Exploitation Task Force, members of which investigate the sexual exploitation of children in the Bradenton and Sarasota, Florida area. I have been assigned as a Detective to the Central Florida Internet Crimes Against Children (ICAC) Task Force since September 2008. ICAC is a national organization which provides specialized high-technology training and resources to law enforcement agencies that investigate crimes dealing with online sexual-solicitation and sexual-exploitation of children, including the collection and trading of images of child pornography. From July 2008 to January 2011, I was a member of the Office of the Attorney General's Cybercrime Unit.

2.      On September 11, 2012, I was appointed and sworn to perform the duties of the Office of Special Deputy United States Marshal. As a TFA, I am authorized to investigate violations of laws of the United States, and to execute arrest and search warrants issued under the authority of the United States.

3.      I have investigated and assisted in the investigation of numerous criminal matters involving the sexual exploitation of children which constituted violations of Title 18, United States Code, Sections 2422(b), 2251, 2252 and 2252A, as well as Florida state statutes that criminalize the online enticement of minors and the production, possession, receipt and transmission of child pornography, that is, visual images depicting minors engaged in sexually explicit conduct. I have made arrests and been

involved in numerous searches pertaining to these types of investigations. I have attended numerous specialized courses involving computers and child exploitation. I have received training for online undercover investigations involving child exploitation.

4.      This affidavit is submitted in support of an application for an arrest warrant for David LYNCH. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that David LYNCH received and possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (a)(4)(B). I am requesting that the Court issue an arrest warrant for LYNCH based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from Yahoo! and federal and local law enforcement in reference to this investigation.

## Facts Support Probable Cause

5.      Between at least October 2014 and June 2016, Yahoo! user wheaton_knight89@yahoo.com with Yahoo! Messenger name wheaton_knight79 – who was later identified as David LYNCH – received child pornography from other users via email and possessed that child pornography in his account. LYNCH also had communications evidencing a sexual interest in minors and in which LYNCH appeared to discuss traveling to the Philippines to engage in sexual activity.

6.      On September 2, 2016, FBI TFA Megan Buck obtained a federal search warrant for the Yahoo! account wheaton_knight89@yahoo.com and associated Yahoo! Messenger accounts wheaton_knight89 and wheaton_knight79, in Case No. 8:16-MJ-1578TGW. That same day, TFA Buck executed the search warrant. TFA Buck also

2

obtained communications from the account pursuant to a Yahoo! Cyber Tip which was sent to the National Center for Missing and Exploited Children (NCMEC).

7.      Within the account were at least 15 emails containing at least 20 images of child pornography as well as numerous images of child erotica that wheaton_knight89@yahoo.com received from other users via email.

8.      Some of the emails are described as follows:

a.      On or about November 11, 2015, wheaton_knight89@yahoo.com received an email entitled, "this sexy pics of Denise..".  There are no written words in the body of the email but ten images are attached to the email.  Based on my training and experience, I believe nine images are child pornography and one is child erotica. The images depict a naked female, who appears to be approximately 10 years of age, in different poses. Four photographs depict the minor with her legs spread apart and the main focus is on her vagina, which is depicted in a lewd and lascivious manner.

b.      On or about January 26, 2016, yoj_01neverfade@yahoo.com sent wheaton_knight89@yahoo.com an email entitled, "nica".  There are no words written in the body of the email but six images are attached to the email.  Based on my training and experience, I believe all six images are child pornography. The images depict a naked female, who appears to be approximately 14 years of age, in different poses to include three with her legs spread apart and the focus of the image is on her vagina, which is depicted in a lewd and lascivious matter.  That same day yoj_01neverfade@yahoo.com and wheaton_knight89@yahoo.com had a Yahoo! Messenger chat, as follows:

3

yoj_neverfade: i send all nica nude pics to you

Wheaton_knight89:  ok

yoj_neverfade: so how much you send to us/?

Wheaton_knight89:  where is your pics?

yoj_neverfade:  I pay jollie 300 and I give nica 1000

yoj_neverfade:  wait its loading

Wheaton_knight89:  I want to sex nica so badly

yoj_neverfade: yes I know that

      c.      On or about January 30, 2016, yoj_01neverfade @yahoo.com sent six emails between approximately 1:20 and 1:40 a.m. to wheaton_knight89@yahoo.com entitled, "me and cherry" and "cherry".  There are no words in the body of the six emails. There are 18 images attached to the emails, which depict the same naked female, who appears to be between 13 and 14 years of age, in different poses.  Based on my training and experience, I believe nine images are child pornography and nine images are child erotica.  Eight images depict the female minor with her legs spread apart and the focus on her vagina, which is depicted in a lewd and lascivious matter. At approximately 2:13 a.m., yoj_01neverfade@yahoo.com and wheaton_knight89@yahoo.com had a Yahoo! Messenger conversation regarding "Cherry," which is excerpted as follows:

Wheaton_knight79:  what is Cherry ready to try if we meet?

yoj_01neverfade:  she said she agree you lick her and she agree to suck you if you teach her

\*\*\*

yoj_01neverfade:  hey?

Wheaton_knight79:  what?

yoj_01neverfade:  im waiting on you to send money for the cherry pics

Wheaton_knight79:  just wait

       d*.*     On or about February 10, 2016, wheaton_knight89@yahoo.com received an email with the subject header: "I hope you enjoy to watch this" and which contained 15 attached images – of which six constituted child pornography. One of the images, IMAG1011.jpg, depicts a naked prepubescent female whose head is not visible in the image, who appears to be approximately eight to nine years old, with her legs spread open and the focus of the image is on her genital area.

       e.     On or about February 16, 2016, wheaton_knight89@yahoo.com received an email entitled "part 7".  There are no words in the body of the email.  There are two images attached to the email, each of which depict the same naked female, who appears to be between 13 and 14 years of age.  Based on my training and experience, I believe the two images are child pornography.  One of the images, DSC05414.jpg, depicts the genital area of a female, who has a small amount of pubic hair.  The second image is titled DSC05408.img and is the same female with the camera focused on the vagina with her legs spread, exposing the open genital region.

       f.     On or about June 6, 2016, yoj_01neverfade@yahoo.com sent wheaton_knight79@yahoo.com an email entitled "nica" and another entitled "nicaa".  There are no words in the body of the emails.  There are ten images attached to the emails, which depict a naked female, who appears to be approximately 13 to 14 years old, in different poses. Based on my training and experience, I believe five images are child pornography and five are child erotica.  Three images depict the female minor with

her legs spread apart and the focus of the image on her vagina, which is depicted in a lewd and lascivious matter.

9.      Within the account, I also observed numerous communications between wheaton_knight79 and yoxxxxxxxxxxxx which evidence a sexual interest in minor children in the Philippines. These communications indicate that LYNCH knowingly possessed and received child pornography in his email account and did not somehow receive it by accident. Some of these communications are detailed as follows:

a.      I observed a Yahoo! Messenger chat conversation dated on or about May 7, 2015, between wheaton_knight79 and yojxxxxxxxxxxxx in which they appear to discuss sexual interest in minors and a female named "Nica," who appears to be the same individual referenced in Paragraph 8(b). The conversation is excerpted as follows:

wheaton_knight79(14:37:38 (UTC)):my dream girl is 13 to 14 balbon [hairy]

yoj_01neverfade (14:37:47 (UTC)):I think shes clean cause her grandmother said to us that nica is never try a bf

wheaton_knight79(14:37:52 (UTC)):and virgin

***
yoj_01neverfade (14:38:59 (UTC)):yes maybe shes a virgin

wheaton_knight79(14:39:27 (UTC)):u need to break jollie so u can try these young girls

wheaton_knight79(14:40:02 (UTC)):virgin pussy are so clean to lick

yoj_01neverfade (14:40:38 (UTC)):yes your right

***
wheaton_knight79(14:45:08 (UTC)):maybe Nica will sell her virginity to me?

yoj_01neverfade (14:46:37 (UTC)):i dont know maybe we will see i talk to nica tomorrow ok

6

b.      I observed Yahoo! Messenger chat conversations dated on or about July 15, 2015, between wheaton_knight79 and yoj_01neverfade in which they appear to discuss wheaton_knight79 receiving child exploitation pictures and attempting to arrange an overnight date with a female minor in the Philippines. The conversation is excerpted in part as follows:

wheaton_knight79(13:48:23 (UTC)):How old?

yoj_01neverfade (13:48:36 (UTC)):13

wheaton_knight79(13:50:05 (UTC)):maybe I get in trouble,?

yoj_01neverfade (13:50:28 (UTC)):why?

yoj_01neverfade (13:50:35 (UTC)):she look like not under age

yoj_01neverfade (13:51:00 (UTC)):or maybe we stay at samal island we stay before???they agree you bring a girl?

wheaton_knight79(13:52:16 (UTC)):Not samal

yoj_01neverfade (13:52:24 (UTC)):why?

wheaton_knight79(13:55:23 (UTC)):If ur bring those girls no one can see us together in public

\*\*\* ·

wheaton_knight79(14:28:54 (UTC)):Ur. Curious to see the new girl naked?

yoj_01neverfade (14:29:12 (UTC)):yes im very surios

yoj_01neverfade (14:29:16 (UTC)):curious

wheaton_knight79(14:29:59 (UTC)):She have boobs?

yoj_01neverfade (14:30:41 (UTC)):yes but small

wheaton_knight79(14:30:48 (UTC)):She agree to naked pies?

wheaton_knight79(14:31:15 (UTC)):In a has big

yoj_01neverfade (14:31:19 (UTC)):i dont know yet but i think she agree cause she agree to sex you cayse you pay her

wheaton_knight79(14:31 :27 (UTC)):Nica

yoj_01neverfade (14:31 :55 (UTC)):nica agree to meet you but she said to me that you can lick her all body

***

yoj_01neverfade (14:36:45 (UTC)):so if she agree to take pies nude you send her money too?like jeniffer and nica?

wheaton_knight79(14:37:01 (UTC)):Yes

wheaton_knight79(14:38:18 (UTC)):I will choose 1 to be my gf ok?

yoj_01neverfade (14:39:11 (UTC)):yes ok

yoj_01neverfade (14:39:22 (UTC)):so i take the new girls nude?or not?

wheaton_knight79(14:41 :43 (UTC)):Yes nude

yoj_01neverfade (14:41 :55 (UTC)):so you pay it?

wheaton_knight79(14:42:08 (UTC)):I'm excited

***

wheaton_knight79(15:20:22 (UTC)):Ask the new girl what she experience and who got her cherry

yoj_01neverfade (15:20:47 (UTC)):yes ok i will ask her

***

wheaton_knight79(16:22:28 (UTC)):Did u save any theirs pies for u?

yoj_01neverfade (16:23:06 (UTC)):in yahoo all i sent to you is in my yahoo

yoj_01neverfade (16:23:08 (UTC)):mail

wheaton_knight79(16:23:53 (UTC)):What's your favorite pie?

8

yoj_01neverfade (16:24:27 (UTC)):hhhhmmm open wide pussy and hang the

feet

\*\*\*

yoj_01neverfade (16:29:44 (UTC)):tomorrow i will tell them to take a pies open pussy with face boobs body in the same pies ok

wheaton_knight79(16:30:15 (UTC)):Yes and the new girl

yoj_01neverfade (16:31 :35 (UTC)):i said to you already that i have a pies of jeniffer and nica already cause they took already the pies cause they need money

yoj_01neverfade (16:31 :36 (UTC)):nude

yoj_01neverfade ( 16:31 :36 (UTC)):aa ok if you send the money to the new girls now i can take a pies to her

wheaton_knight79(16:33:03 (UTC)):So 3500?

yoj_01neverfade (16:34:41 (UTC)):why?

yoj_01neverfade (16:34:59 (UTC)): 1000pesos for jeniffer 1000pesos for me and 2000pesos for nica

yoj_01neverfade (16:35:02 (UTC)):so 4000pesos

wheaton_knight79(16:35:51 (UTC)):I wish I can chat them

\*\*\*

yoj_01neverfade (16:42:49 (UTC)):so the new girls i take pies normal pies only?

wheaton_knight79(16:43:06 (UTC)):Naked

wheaton_knight79(16:43: 16 (UTC)):Ok 4000

yoj_01neverfade (16:43:24 (UTC)):so how much for the pies of the new girls?

yoj_01neverfade (16:43:29 (UTC)):so you send 5000?

wheaton_knight79(16:43:33 (UTC)):Will u go her party?

yoj_01neverfade (16:43:58 (UTC)):1000for me 1000for jeniffer 1000pesos for the new girl and 2000 for nica

9

yoj_01neverfade (16:44:11 (UTC)):so 5000pesos total

wheaton_knight79(16:45:04 (UTC)):It's a lot

yoj_01neverfade (16:45: 12 (UTC)):i dont know if i go to her party in samal island

yoj_01neverfade (16:45:41 (UTC)):so how much the new girls pies?

wheaton_knight79(16:50:05 (UTC)):750

yoj_01neverfade (16:50:18 (UTC)):aa ok

yoj_01neverfade (16:50:47 (UTC)):so you send 4750pesos

yoj_01neverfade (16:50:48 (UTC)):all

wheaton_knight79(16:53:36 (UTC)):It's ok?

***

yoj_01neverfade (16:56:29 (UTC)):then if shes sure that shes agree to take pies nude you send tomorow 1000pesos

yoj_01neverfade (16:56:31 (UTC)):so agree?

wheaton_knight79(16:57:06 (UTC)):When o get to my hotel

wheaton_knight79(16:57:14 (UTC)):Tonite

***

yoj_01neverfade (17:00:47 (UTC)):and you send it online in western?

wheaton_knight79(17:01 :01 (UTC)):Yea

***

wheaton_knight79(17:02:13 (UTC)):Tell Nica I love her

yoj_01neverfade (17:02:37 (UTC)):ok i will

wheaton_knight79(17:04:30 (UTC)):Ask her if she's ready to get pregnant

wheaton_knight89(01 :51 :06 (UTC)):merdeka joy antido will have to bring a government-issued photo ID and the tracking number (MTCN) 0624131189 to pick up the 5159.30 PHP you [sic]

Based on FBI investigation, Samal Island is located in the Philippines and is a small island just off of the main island of Davao City.  Magallenes Resident Condo is located within Davao City, Philippines.  Based on my training and experience, I believe that "western" refers to Western Union and that the user of wheaton_knight79 account sent money to the Philippines online.

    c.  I observed a Yahoo! Messenger chat conversation dated on or about December 9, 2015, between yojxxxxxxxxxxxx and the wheaton_knight79 in which they appear to discuss wheaton_knight79's upcoming stay in the Philippines. The conversation is excerpted in part as follows:

  wheaton_knight79(08:26:21 (UTC)):how are u?

  yoj_01neverfade (08:28:29 (UTC)):what date you arrive here

  ***

  wheaton_knight79(08:41:45 (UTC)):next week

  yoj_01neverfade (08:41:50 (UTC)):aa ok

  yoj_01neverfade (08:41:58 (UTC)):what date exactly?

  yoj_01neverfade (08:42:02 (UTC)):where you stay?

  wheaton_knight79(08:42:22 (UTC)):I know

  wheaton_knight79(08:42:33 (UTC)):will they allow Nica to go?

  yoj_01neverfade (08:42:52 (UTC)):yes so where you stay?

  wheaton_knight79(08:43:17 (UTC)):Las Casitas like before same

  ***

wheaton_knight79(08:56:49 (UTC)):u never want sex to me but maybe like Nica will allow

yoj_01neverfade (08:57: 17 (UTC)):yi never agree to sex to you cause you cant help me to live there to your country

\*\*\*

wheaton_knight79(09:03:43 (UTC)):omg i want to oral sex Nica

10.     Pursuant to an administrative subpoena, Yahoo! identified the user of subscriber of wheaton_knight89@yahoo.com and associated account wheaton_knight79 at the time of the chats detailed above as follows:

Full Name: Mr R R

Alternate Communication Channels:
    ppacifica@yahoo.com *unverified*
    davelynchandassociates@yahoo.com *unverified*
    1 941xxxxxxx

"Other identities":  pink_man46, wheaton_knight79, and randolph_raven

Based on my training and experience, "Mr R R" appears to be a pseudonym. The area code "941" is associated with the Sarasota/Manatee/Charlotte county area of Florida.

11.     Within the Yahoo! account were numerous indicia that it belonged to David LYNCH including the following:

a.      pictures of LYNCH;

b.      correspondence with the name "David Lynch" or "Dave Lynch" and his phone number 941-xxx-xxxx (the same number detailed in paragraph 10);

c.      communications involving his business, Randlophraven Optical;

d.      numerous airline itineraries for LYNCH;

e.      Ebay correspondence involving purchases by and from LYNCH.

There were no indicia in the account that anyone other than LYNCH was using it.

12

12.     Pursuant to an administrative subpoena, Yahoo! also provided IP log-ins for the wheaton_knight89@yahoo.com account and associated accounts. Review of these log-ins revealed numerous log-ins from IP address 71.203.18.79 between July 15, 2015, and June 9, 2016. Based on my training and experience and the high quantity of log-ins from IP address 71.203.18.79, this appeared to be the user's home address.

13.     On or about February 17, 2016, an administrative subpoena was issued to Comcast for subscriber information for IP address 71.203.18.79.  A review of the results obtained from Comcast identified the account holder as follows: David LYNCH, 7xx Ex Dxxxxx Drive, Venice, FL 3xxxx, telephone number: 941-xxx-xxxx, email address: ppacifica@comcast.net.  The phone number is the same one associated with wheaton_89@yahoo.com, as indicated in paragraph 10. The ppacifica@comcast.net email address is similar to the ppacifica@yahoo.com email address, as indicated in paragraph 10.

14.     A check of publicly available databases and law enforcement databases indicate that David and Maria LYNCH, along with their adult daughter, live at 7xx Ex Dxxxxx Drive, Venice, FL 3xxxx, with a telephone number of 941-xxx-xxxx. Court records indicate, however, that David and Maria LYNCH divorced in 2015.

15.     The log-in information obtained from Yahoo! further indicated that the user of the wheaton_knight89@yahoo.com account logged into wheaton_knight89@yahoo.com and associated accounts from IP addresses in the Philippines and Japan in December 2015, which is consistent with the user traveling to the Philippines, as indicated in paragraph 9(c). Specifically, on or about December 14, 2015, at 10:40:34 GMT, the user logged onto IP address 161.202.81.219, which

13

corresponded to Japan; twice on or about December 22, 2015, the user logged onto the account from two different IP addresses associated with the Philippines; and between December 27, 2015 and December 30, 2015, the user logged onto the account from multiple different IP addresses in Manila, Philippines.

16.     Information obtained from Homeland Securities Investigations (HSI) indicated that LYNCH travelled to the Philippines in December 2015. He took a flight from Incheon, Korea to Manila on or about December 14, 2015, and took another flight from Manila to China on or about January 5, 2016. Information obtained from HSI indicated that LYNCH also made additional trips to the Philippines in April/May 2016 and August/September 2016.

17.     Investigation has also revealed that LYNCH appears to have a house, a business, and a minor male child, who appears to be approximately four years old, and a female child, who appears to be approximately nine years old, in the Philippines.

18.     On or about September 13, 2016, law-enforcement officers conducted a border search of LYNCH's camera, cell phones, and computers upon his return from the Philippines to Tampa via Philadelphia. This search was a cursory visual search of the devices and thus would not recover any deleted or hidden files or folders. No contraband was found in this visual search of LYNCH's devices. In my training and experience, persons with child pornography often take steps to hide their child pornography and thus it is common that child pornography not be found in a cursory search such as that conducted on September 13, 2016.

19.     David LYNCH has a 1986 arrest for drug possession (marijuana) with adjudication withheld and 1991 and 1998 arrests for DUIs with unknown dispositions.

14

20.     On August 22, 2016, pursuant to a subpoena to Western Union, TFA Buck

received information that David LYNCH made 46 money transfers to persons in the

Philippines between April 23, 2015, and October 20, 2015. TFA Buck further received

information on "MTCN 0624131189," which was mentioned in the July 15, 2015, chat,

as detailed above in paragraph 9(b). The MTCN number is a unique tracking number

assigned by Western Union after a person sends money.  Western Union provided the

following information for MTCN 6024131189:

          Date:   July 15, 2015
          Sender name: David LYNCH
          Amount:  $118.00
          Phone number: 941-xxx-xxxx
          Send Time: 21:50:00
          Date of birth: 1961.10.09
          Sender IP address 71.203.18.79
          Sender address: 7xx Ex Dxxxxx Dr Venice FL
          Payee name: Merdeka Joy Antido
          Payee phone number: 907-xxx-xxxx
          Pay date: 7-16-15 at 02:28:00
          Payee ID number: CAJ530862
          Payee location: Bxxxxx Exty BRGY xx D, Davoa City, Philippines
          Pay amount: 5159.30 PHP

This information demonstrates that the transaction that wheaton_knight 79 and

yoj_01neverfade discussed actually took place and that the funds were disbursed to

Merdeka Joy Antido – the person referenced in the chat – who investigation indicates is

either a juvenile or young adult female. The pay amount is the same amount referenced

in the chat, as indicated in paragraph 10(b).

21.     Within the search warrant results obtained from Yahoo!, TFA Buck found

additional proof of this Western money transfer from David LYNCH to the Philippines,

including a confirming email and also an emailing stating that Antido picked up the

15

funds. This information further confirms that LYNCH is the user of the Yahoo! account and the person who received and possessed child pornography using that account.

22. On December 26, 2016, the FBI learned from Homeland Security Investigations that Lynch is scheduled to travel from San Francisco, California to Manila, Philippines on December 29, 2016.

## CONCLUSION

23. Based on the foregoing facts, there is probable cause to believe that David LYNCH received and possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (a)(4)(B).

FURTHER AFFIANT SAYETH NAUGHT.

Kevin Bunch, Task Force Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
This _29_ day of December, 2016.

JULIE S. SNEED
United States Magistrate Judge

16