UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-37-T-33 AEP
    18 U.S.C. § 2252(a)(2)
DAVID PAUL LYNCH  18 U.S.C. § 2252(a)(4)(B)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about November 11, 2015, and on or about December 6, 2016, in the Middle District of Florida, and elsewhere, the defendant,

DAVID PAUL LYNCH

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce and that has been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

### COUNT TWO

Between on or about December 7, 2016, and on or about December 30, 2016, in the Middle District of Florida, and elsewhere, the defendant,

DAVID PAUL LYNCH

did knowingly possess and access with the intent to view a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.    The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.    Upon conviction of the violation of 18 U.S.C. § 2252(a)(2) charged in Counts One and Two, the defendant, DAVID PAUL LYNCH, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

    a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter:

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Lenovo laptop, Model B50-45, serial number CB34499179; and

    b. Western Digital hard drive, serial number WXV1E83SUFX7.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
Jennifer L. Peresie
Assistant United States Attorney

By: *[signature]*
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DAVID PAUL LYNCH

## INDICTMENT

Violations:

Title 18, United States Code, Section 2252(a)(2)
Title 18, United States Code, Section 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of January 2017.

_____  Clerk

Bail $ _____

GPO 863 525