UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-37-T-33AEP

DAVID PAUL LYNCH

### GOVERNMENT'S WITNESS LIST

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Task Force Agent Megan Buck, Federal Bureau of Investigation
2. Task Force Agent Kevin Bunch, Federal Bureau of Investigation
3. Special Agent Anastasia Cioni, Federal Bureau of Investigation
4. Forensic Examiner Laura Haney, Federal Bureau of Investigation
5. Special Agent Gabriel Krug, Federal Bureau of Investigation
6. Walter Lambert, University of Miami
7. Maria Lynch
8. Sarah Novak, Federal Bureau of Investigation
9. Casey Waugh, Sarasota Police Department
10. Special Agent Daniel Ward, Federal Bureau of Investigation

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

                                      Respectfully submitted,

                                      W. STEPHEN MULDROW
                                      Acting United States Attorney

By:    */s/ Jennifer L. Peresie*
        JENNIFER L. PERESIE
        Assistant United States Attorney
        United States Attorney No. 120
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail:       jennifer.peresie@usdoj.gov

U.S. v. David Paul Lynch               Case No. 8:17-cr-37-T-33AEP

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark O'Brien, Esq.
    Victoria Hatfield, Esq.

                                        */s/ Jennifer L. Peresie*
                                        JENNIFER L. PERESIE
                                        Assistant United States Attorney
                                        United States Attorney No. 120
                                        400 N. Tampa Street, Suite 3200
                                        Tampa, Florida 33602-4798
                                        Telephone:   (813) 274-6000
                                        Facsimile:    (813) 274-6358
                                        E-mail:         jennifer.peresie@usdoj.gov