UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,    ☐
       Government ☒

v.

DAVID PAUL LYNCH

       Defendant    ☐

Case No. 8:17-cr-37-T-33AEP

☐ Evidentiary
☒ Trial
☐ Other

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Yahoo! subscriber information for wheaton_knight89@yahoo.com |
| 2 | | | | Yahoo! IP logins for wheaton_knight89@yahoo.com |
| 3 | | | | Yahoo! subscriber information for ppacifica@yahoo.com |
| 4 | | | | T-Mobile subscriber information for 941-484-8922 |
| 5 | | | | Comcast subscriber information for 71.203.18.79 |
| 6 | | | Buck | July 30, 2007 email from wheaton_knight89@yahoo.com to blessing2x3@yahoo.com |
| 6A-6B | | | Buck | Images attached to July 30, 2007 email |
| 7 | | | Buck | March 16, 2014 email from AirAsia to wheaton_knight89@yahoo.com |
| 7A | | | Buck | Attachment to March 16, 2014 email |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 8 | | | Buck | December 7, 2015 email from wheaton_knight89@yahoo.com to elvie_cuteemo@yahoo.com |
| 9 | | | Buck | June 23, 2014 email from wheaton_knight79@yahoo.com to dior_lite@mail.ru |
| 9A-9B | | | Buck | Images attached to June 23, 2014 email |
| 10 | | | Buck | November 11, 2015 email from villegasrose44@gmail.com to wheaton_knight89@yahoo.com |
| 10A-10J | | | Buck | Images attached to November 11, 2015 email |
| 11 | | | Buck | November 26, 2015 email from roselia_villegas09@yahoo.com to wheaton_knight89@yahoo.com |
| 11A-11B | | | Buck | Images attached to November 26, 2015 email |
| 12 | | | Buck | January 9, 2016 email from villegasrose44@gmail.com to wheaton_knight89@yahoo.com |
| 12A-12R | | | Buck | Images attached to January 9, 2015 email |
| 13 | | | Buck | January 9, 2016 email from wheaton_knight89@yahoo.com to villegasrose44@gmail.com |
| 14 | | | Buck | February 10, 2016 email from villegasrose44@gmail.com to wheaton_knight89@yahoo.com |
| 14A-14O | | | Buck | Images attached to February 10, 2015 email |
| 15 | | | Buck | October 31, 2016 email at 6:44 pm from roselia_villegas09@yahoo.com to wheaton_knight89@yahoo.com |
| 15A-15G | | | Buck | Images attached to October 31, 2016 email at 6:44 pm |
| 16 | | | Buck | October 31, 2016 email at 6:56 pm from roselia_villegas09@yahoo.com to wheaton_knight89@yahoo.com |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 16A-16H | | | Buck | Images attached to October 31, 2016 email at 6:56 pm |
| 17 | | | Buck | November 6, 2016 email from roselia_villegas09@yahoo.com to wheaton_knight89@yahoo.com |
| 17A-17J | | | Buck | Images attached to November 6, 2016 email |
| 18 | | | Buck | November 22, 2016 email correspondence between roselia_villegas09@yahoo.com and wheaton_knight89@yahoo.com |
| 18A-18C | | | Buck | Documents attached to November 22, 2016 email |
| 19 | | | Buck | December 6, 2016 email from roselia_villegas09@yahoo.com to wheaton_knight89@yahoo.com |
| 19A-19H | | | Buck | Images attached to December 6, 2016 email |
| 20 | | | Buck | Google subscriber information for villegasrose44@gmail.com |
| 21 | | | Buck | Yahoo! subscriber information for roselia_villegas09@yahoo.com |
| 22 | | | Buck | Yahoo! IP logins for roselia_villegas09@yahoo.com |
| 23 | | | Buck | February 1, 2006 Yahoo! chat between "ppacifica" and "jdumapit" (DISC-01145 to -01150) |
| 24 | | | Buck | November 11, 2006 Yahoo! chat between "ppacifica" and "vhel_reggie28" (DISC-01139 to -01144) |
| 25 | | | Buck | November 14, 2006 Yahoo! chat between "ppacifica" and "beautyass_fhey17" (DISC-01260 to -01266) |
| 26 | | | Buck | December 5, 2006 Yahoo! chat between "ppacifica" and "thomas_winqvist2000" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | (DISC-01281 to -01284) |
| 27 | | | Buck | December 5, 2006 Yahoo! chat between "ppacifica" and "beautyass_fhey17" (DISC-01278 to -01280) |
| 28 | | | Buck | December 21, 2006 Yahoo! chat between "ppacifica" and "thomas_winqvist2000" (DISC-01298 and -01301) |
| 29 | | | Buck | November 11, 2007 Yahoo! chat between "wheaton_knight89" and "joan_lil_anne" (DISC-01257 to -01259) |
| 30 | | | Buck | February 26, 2008 Yahoo! chat between "wheaton_knight89" and "beautyass_fhey17" (DISC-01211 to -01214) |
| 31 | | | Buck | February 27, 2008 Yahoo! chat between "ppacifica" and "thomas_winqvist2000" (DISC-01215 to -01217) |
| 32 | | | Buck | May 12, 2008 Yahoo! chat between "wheaton_knight89" and "beautyass_fhey17" (DISC-01218 to -01220) |
| 33 | | | Buck | May 20, 2008 Yahoo! chat between "ppacifica" and "thomas_winqvist2000" (DISC-01221 to -01223) |
| 34 | | | Buck | November 30, 2008 Yahoo! chat between "wheaton_knight89" and "ashly_sugui" (DISC-01267 to -01268) |
| 35 | | | Buck | December 1, 2008 Yahoo! chat between "wheaton_knight89" and "jenjenloveyah_dagohoy" (DISC-01269 to -01271) |
| 36 | | | Buck | December 13, 2008 Yahoo! chat between "wheaton_knight89" and "fajardomary" (DISC-01285 to -01286) |
| 37 | | | Buck | December 15, 2008 Yahoo! chat between "wheaton_knight89" and "jenjenloveyah_dagohoy" (DISC-01287 to -01289) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 38 | | | Buck | December 24, 2008 Yahoo! chat between "wheaton_knight89" and "michellesweety" (DISC-01302 to -01303) |
| 39 | | | Buck | December 19, 2010 Yahoo! chat between "ppacifica" and "thomas_winqvist2000" (DISC-01295 to -01297) |
| 40 | | | Buck | January 18, 2011 Yahoo! chat between "wheaton_knight89" and "conch_070444" (DISC-01177 to -01180) |
| 41 | | | Buck | January 23, 2011 Yahoo! chat between "wheaton_knight89" and "perryangel15" (DISC-01186 to -01194) |
| 42 | | | Buck | January 25, 2011 Yahoo! chat between "wheaton_knight89" and "joy_ganzalino" (DISC-01199 to -01203) |
| 43 | | | Buck | May 25, 2014 Yahoo! chat between "wheaton_knight89" and "lorielyn_bacalla" (DISC-01226 to -01230) |
| 44 | | | Buck | May 7, 2015 Yahoo! chat between "wheaton_knight89" and "yoj_01neverfade" (DISC-00162 to -00164) |
| 45 | | | Buck | July 15, 2015 Yahoo! chat between "wheaton_knight89" and "yoj_01neverfade" (DISC-00154 to -00162) |
| 100 | | | Bunch | Lenovo laptop, Model B50-45, serial number CB34499179 (1B37) |
| 100A | | | Buck | Image of Lenovo laptop |
| 100B | | | Buck | Summary Chart of Files Found on Lenovo Laptop |
| 101 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2290 |
| 102 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2291 |
| 103 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2294 |
| 104 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2295 |
| 105 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2298 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 106 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2299 |
| 107 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2304 |
| 108 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2305 |
| 109 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2306 |
| 110 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2310 |
| 111 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2311 |
| 112 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2312 |
| 113 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2313 |
| 114 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2314 |
| 115 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2315 |
| 116 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2318 |
| 117 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2326 |
| 118 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2327 |
| 119 | | | | [RESERVED] |
| 120 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2330 |
| 121 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2331 |
| 122 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2332 |
| 123 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2333 |
| 124 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2334 |
| 125 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2335 |
| 126 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2336 |
| 127 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2337 |
| 127A | | | Haney | EXIF for adobe/2005_6_15_Liza Orchid/DCP_2337 |
| 128 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2338 |
| 129 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2339 |
| 130 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2340 |
| 130A | | | Haney | EXIF for adobe/2005_6_15_Liza Orchid/DCP_2340 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 131 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2341 |
| 131A | | | Haney | EXIF for adobe/2005_6_15_Liza Orchid/DCP_2341 |
| 132 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2342 |
| 132A | | | Haney | EXIF for adobe/2005_6_15_Liza Orchid/DCP_2342 |
| 133 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2343 |
| 134 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2344 |
| 135 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2345 |
| 136 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2346 |
| 137 | | | Buck | adobe/2005_6_15_Liza Orchid/DCP_2347 |
| 138 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01898 |
| 139 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01899 |
| 140 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01902 |
| 141 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01903 |
| 142 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01904 |
| 143 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01905 |
| 144 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01906 |
| 145 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01907 |
| 146 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01908 |
| 147 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01909 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 148 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01910 |
| 149 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01911 |
| 150 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01912 |
| 151 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01913 |
| 152 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01914 |
| 153 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01915 |
| 154 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01916 |
| 155 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01917 |
| 156 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01918 |
| 157 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01919 |
| 158 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01920 |
| 159 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01921 |
| 160 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01922 |
| 161 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01923 |
| 162 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01924 |
| 163 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01925 |
| 164 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01926 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 165 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01927 |
| 166 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01928 |
| 167 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01929 |
| 168 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01930 |
| 169 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01931 |
| 170 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01932 |
| 171 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01933 |
| 172 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01934 |
| 173 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01935 |
| 174 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01936 |
| 175 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01937 |
| 176 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01938 |
| 177 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01939 |
| 178 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01940 |
| 179 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01941 |
| 180 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01942 |
| 181 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01943 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 182 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01944 |
| 183 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01945 |
| 184 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01946 |
| 185 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01947 |
| 186 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01948 |
| 187 | | | | [RESERVED] |
| 188 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01949 |
| 189 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01950 |
| 190 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01951 |
| 191 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01952 |
| 192 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01953 |
| 193 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01954 |
| 194 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01955 |
| 195 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01956 |
| 196 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01957 |
| 197 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01958 |
| 198 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01959 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 199 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/DSC01960 |
| 200 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01961 |
| 201 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01962 |
| 202 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01963 |
| 203 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01964 |
| 204 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01965 |
| 205 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01966 |
| 206 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01967 |
| 207 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01968 |
| 208 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01969 |
| 209 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01970 |
| 210 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01971 |
| 211 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01972 |
| 212 | | | Buck | adobe/2005_6_15_Liza Orchid/2005_6_15 Liza Orchid/Sheryl and Maria/DSC01973 |
| 213 | | | Buck | adobe/2006_12_19 Fhaye Rica Rachel/DCP_3643.JPG |
| 214 | | | Buck | adobe/2006_12_19 Fhaye Rica Rachel/DCP_3639.JPG |
| 215 | | | Buck | adobe/2006_12_19 Fhaye Rica Rachel/DCP_3637.JPG |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 216 | | | Buck | adobe/2006_12_19 Fhaye Rica Rachel/DCP_3638.JPG |
| 217 | | | Buck | adobe/me/DL/gf/phil trip/2007_08_14 Phils/Oasis/Rica/IMGP0230.JPG |
| 217A | | | Haney | EXIF for adobe/me/DL/gf/phil trip/2007_08_14 Phils/Oasis/Rica/IMGP0230.JPG |
| 218 | | | Buck | adobe/me/DL/gf/phil trip/2007_08_14 Phils/Oasis/Rica/IMGP0231.JPG |
| 218A | | | Haney | EXIF for adobe/me/DL/gf/phil trip/2007_08_14 Phils/Oasis/Rica/IMGP0231.JPG |
| 219 | | | Buck | IMG_8762_0161.JPG |
| 220 | | | Buck | IMG_8763_0400.JPG |
| 221 | | | Buck | IMG_8759_0398.JPG |
| 222 | | | Buck | IMG_8787_0157.JPG |
| 223 | | | Buck | Phones3.xls |
| 223A | | | Buck | Phones3 – Sheet11 tab |
| 223B | | | Buck | Phones3 – Sheet12 tab |
| 223C | | | Buck | Phones3 – Passwords tab |
| 224 | | | Buck | Book 102.xls |
| 224A | | | Buck | Book 102 – Sheet 7 tab |
| 224B | | | Buck | Book 102 – Paypal tab |
| 225 | | | Buck | Vacation Planner.ods |
| 225A | | | Buck | Vacation Planner – Sheet 1 tab |
| 225B | | | Buck | Vacation Planner – Sheet 2 tab |
| 226 | | | Buck | Calender%202016_12%20Phils%20new%20year.xls_1.ods |
| 226A | | | Buck | Calender%202016_12%20Phils%20new%20year.xls_1.ods – No Vietnam tab |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 226B | | | Buck | Calender%202016_12%20Phils%20new%20year.xls_1.ods – with Vietnam tab |
| 227 | | | Buck | Calender 2016_08.ods |
| 227A | | | Buck | Calender 2016_08.ods – Sheet 1 tab |
| 228 | | | Buck | Calender 2016_08 Tacloban.ods |
| 228A | | | Buck | Calender 2016_08 Tacloban.ods – Sheet1 tab |
| 229 | | | Buck | Calender 2016_08 Tacloban first.ods |
| 229A | | | Buck | Calender 2016_08 Tacloban first.ods – Sheet1 tab |
| 230 | | | Buck | Calender 2016_08 Rose Second.ods |
| 230A | | | Buck | Calender 2016_08 Rose Second.ods – Sheet1 tab |
| 231 | | | Buck | Book9.xls |
| 231A | | | Buck | Book9.xls – Paypals tab |
| 231B | | | Buck | Book9.xls – Sheet7 tab |
| 232 | | | Buck | Book'10.xls |
| 232A | | | Buck | Book'10.xls – Paypals tab |
| 232B | | | Buck | Book'10.xls – Sheet7 tab |
| 300 | | | Bunch | Dell laptop, WN3A2915ABG (1B47) |
| 300A | | | Buck | Image of Dell laptop |
| 300B | | | Buck | Summary Chart of Files Found on Dell Laptop |
| 301 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_15_Liza/DCP_2340.JPG |
| 302 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_15_Liza/DCP_2341.JPG |
| 303 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_15_Liza/DCP_2342.JPG |
| 304 | | | Buck | adobe/y/SA/DL/gf/phil trip/2006_12_19 Jennifer Rica Rachel/DCP_3638.JPG |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 305 | | | Buck | adobe/y/SA/DL/gf/phil trip/2006_12_19 Jennifer Rica Rachel/DCP_3637.JPG |
| 306 | | | Buck | adobe/rica/Rica/ IMGP0231.JPG |
| 307 | | | Buck | adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0231.JPG |
| 308 | | | Buck | adobe/rica/Rica/ IMGP_0230.JPG |
| 309 | | | Buck | adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0230.JPG |
| 310 | | | Buck | adobe/rica/Rica/ IMGP_0234.JPG |
| 311 | | | Buck | adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0234.JPG |
| 311A | | | Haney | EXIF for adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0234.JPG |
| 312 | | | Buck | adobe/rica/Rica/ IMGP_0235.JPG |
| 313 | | | Buck | adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0235.JPG |
| 313A | | | Haney | EXIF for adobe/2007_08_14 Phils/Girls/DCIM/Rica/IMGP0235.JPG |
| 314 | | | Buck | adobe/rica/Rica/IMGP0238.JPG |
| 400 | | | Bunch | Dell Optiplex 320 desktop, service tag 8ZNP8C1 (1B29) |
| 400A | | | Haney | Image of Dell Optiplex 320 desktop |
| 400B | | | Buck | Summary Chart of Files Found on Dell Optiplex |
| 401 | | | Buck | 5some.mp4 |
| 500 | | | Bunch | Western Digital hard drive, serial number WCAMA3068467 (1B40) |
| 500A | | | Buck | Image of Western Digital hard drive, serial number WCAMA3068467 |
| 500B | | | Buck | Summary Chart of Files Found on Western Digital Hard Drive, Serial No. WCAMA3068467 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 501 | | | Buck | "Liza.avi" |
| 501A | | | Buck | Excerpts of "Liza.avi" |
| 501B | | | Buck | Copy of audio of "Liza.avi" |
| 501C | | | Novak | Transcript excerpt of audio of "Liza.avi" |
| 502 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_15 Liza/DCP_2340.JPG |
| 503 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_5 Liza/DCP_2341.JPG |
| 504 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_5 Liza/DCP_2342.JPG |
| 505 | | | Buck | adobe/y/SA/DL/gf/phil trip/2005_6_5 Liza/DCP_2311.JPG |
| 506 | | | Buck | adobe/y/SA/DL/gf/phil trip/2006_12_19 Jennifer Rica Rachel/DCP_3637.JPG |
| 507 | | | Buck | adobe/y/SA/DL/best girls/DCP_3637.JPG |
| 508 | | | Buck | adobe/y/SA/DL/gf/phil trip/2006_12_19 Jennifer Rica Rachel/DCP_3638.JPG |
| 509 | | | Buck | adobe/y/SA/DL/best girls/DCP_3638.JPG |
| 510 | | | Buck | adobe/y/SA/DL/gf/phil trip/2007_08_14 Rica/IMGP0231.JPG |
| 511 | | | Buck | Phones3.xls |
| 512 | | | Bunch | Western Digital hard drive, serial number WXU1E83SUFX7 (1B45) |
| 512A | | | Buck | Image of Western Digital hard drive, serial number WXU1E83SUFX7 |
| 512B | | | Buck | Summary Chart of Files Found on Western Digital Hard Drive, Serial No. WXU1E83SUFX7 |
| 513 | | | Buck | SATA Backup [NTFS]/[root]/adobe/2005_6_15 Liza Orchid/DCP_2340.JPG |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 514 | | | Buck | SATA Backup [NTFS]/[root]/adobe/2005_6_15 Liza Orchid/DCP_2341.JPG |
| 515 | | | Buck | SATA Backup [NTFS]/[root]/adobe/2005_6_15 Liza Orchid/DCP_2342.JPG |
| 516 | | | Buck | 5some.mp4 |
| 517 | | | Buck | SATA Backup [NTFS]/[root]/adobe/y/SA/2006_12_19 Fhaye Rica Rachel/DCP_3638.JPG |
| 518 | | | Buck | SATA Backup [NTFS]/[root]/adobe/rica/Rica/IMGP0231.JPG |
| 519 | | | Buck | Phones3.xls |
| 520 | | | Bunch | Samsung hard drive, S2R9JXOF701445 (1B44) |
| 520A | | | Buck | Image of Samsung hard drive |
| 520B | | | Buck | Summary Chart of Files Found on Samsung Hard Drive, S2R9JXOF701445 (1B44) |
| 521 | | | Buck | 5some.mp4 |
| 522 | | | Buck | Phones3.xls |
| 599 | | | Buck | Summary Chart of Compact Discs and Files Located on Compact Discs |
| 600 | | | Bunch | Philips CD titled "PHIL TRIP 6-11-05" |
| 600A | | | Buck | 2005_6_15 Liza/Liza.avi on Philips CD titled "PHIL TRIP 6-11-05" |
| 600B | | | Buck | 2005_6_15 Liza/DCP_2340 on Philips CD titled "PHIL TRIP 6-11-05" |
| 600C | | | Buck | 2005_6_15 Liza/DCP_2341 on Philips CD titled "PHIL TRIP 6-11-05" |
| 600D | | | Buck | 2005_6_15 Liza/DCP_2342 on Philips CD titled "PHIL TRIP 6-11-05" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 601 | | | Bunch | COMPUSA CD titled "PHIL TRIP PICS & .AVI 6-11-05" |
| 601A | | | Buck | 2005_6_15 Liza/Liza.avi on COMPUSA CD titled "PHIL TRIP PICS & .AVI 6-11-05" |
| 601B | | | Buck | 2005_6_15 Liza/DCP_2340 on COMPUSA CD titled "PHIL TRIP PICS & .AVI 6-11-05" |
| 601C | | | Buck | 2005_6_15 Liza/DCP_2341 on COMPUSA CD titled "PHIL TRIP PICS & .AVI 6-11-05" |
| 601D | | | Buck | 2005_6_15 Liza/DCP_2342 on COMPUSA CD titled "PHIL TRIP PICS & .AVI 6-11-05" |
| 602 | | | Bunch | First CD titled "PHILS 6-05 DVD MOVIE" containing "Video in 2" |
| 602A | | | Buck | Excerpt of "Video in 2" |
| 603 | | | Bunch | Second CD titled "PHILS 6-05 DVD MOVIE" containing "Video in 2" |
| 604 | | | Bunch | CD titled "PHIL 6-11-05 DVD" containing "Video in 2" |
| 605 | | | Bunch | Memorex CD titled "SA Part 2 7-20-06" |
| 605A | | | Buck | Video titled "liza.avi" on Memorex CD titled "SA Part 2 7-20-06" |
| 605B | | | Buck | 2006_6_15/Copy of DCP_2340 on Memorex CD titled "SA Part 2 7-20-06" |
| 605C | | | Buck | 2006_6_15/Copy of DCP_2341 on Memorex CD titled "SA Part 2 7-20-06" |
| 605D | | | Buck | 2006_6_15/Copy (2) of DCP_2340 on Memorex CD titled "SA Part 2 7-20-06" |
| 605E | | | Buck | 2006_6_15/Copy (2) of DCP_2341 on Memorex CD titled "SA Part 2 7-20-06" |
| 605F | | | Buck | 2006_6_15/Copy (3) of DCP_2340 on Memorex CD titled "SA Part 2 7-20-06" |
| 605G | | | Buck | 2006_6_15/DCP_2340 on Memorex CD titled "SA Part 2 7-20-06" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 605H | | | Buck | 2006_6_15/DCP_2341 on Memorex CD titled "SA Part 2 7-20-06" |
| 605I | | | Buck | 2006_6_15/DCP_2342 on Memorex CD titled "SA Part 2 7-20-06" |
| 605J | | | Buck | 2006_6_15 Liza 2/DCP_2340 on Memorex CD titled "SA Part 2 7-20-06" |
| 605K | | | Buck | 2006_6_15 Liza 2/DCP_2341 on Memorex CD titled "SA Part 2 7-20-06" |
| 605L | | | Buck | 2006_6_15 Liza 2/DCP_2342 on Memorex CD titled "SA Part 2 7-20-06" |
| 606 | | | Bunch | TDK CD titled "GF PHILS ALLTO 12-06" |
| 606A | | | Buck | 2006_6_15 Liza/DCP_2340 on TDK CD titled "GF PHILS ALLTO 12-06" |
| 606B | | | Buck | 2006_6_15 Liza/DCP_2341 on TDK CD titled "GF PHILS ALLTO 12-06" |
| 606C | | | Buck | 2006_6_15 Liza/DCP_2342 on TDK CD titled "GF PHILS ALLTO 12-06" |
| 607 | | | Bunch | TDK CD labelled "J. Zamora P" |
| 608 | | | Bunch | TDK CD labelled "J. Zamora P2" |
| 608A | | | Buck | Excerpts of video on TDK CD labelled "J. Zamora P2" |
| 608B | | | Buck | Copy of audio of video on TDK CD labelled "J. Zamora P2" |
| 608C | | | Buck | Still image from TDK CD labelled "J. Zamora P2" |
| 608D | | | Buck | Still image from TDK CD labelled "J. Zamora P2" |
| 608E | | | Buck | Still image from TDK CD labelled "J. Zamora P2" |
| 608F | | | Buck | Still image from TDK CD labelled "J. Zamora P2" |
| 608G | | | Novak | Transcript of excerpts of video on TDK CD labelled "J. Zamora P2" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 609 | | | Bunch | Sony Handy Cam |
| 610 | | | Bunch | TDK tape titled "LIZA 6-16-05" |
| 700 | | | Cioni | Silver iPhone 4S |
| 701 | | | Buck | Photos of silver iPhone 4S, home screen, and account screens |
| 702 | | | Buck | Photos of Skype chat messages between "Randolph Raven" and "denise villegas" from August 18, 2016, to September 19, 2016 |
| 703 | | | Buck | Photos of Skype chat messages between "Randolph Raven" and "denise villegas" from December 14, 2016, to December 16, 2016 |
| 704 | | | Buck | Photos of Skype chat messages between "Randolph Raven" and "denise villegas" from December 26, 2016, to December 29, 2016 |
| 705 | | | Buck | Black iPhone 4S |
| 706 | | | Buck | Photos of black iPhone 4S, home screen, and account screens |
| 707 | | | Buck | Photos of Yahoo! messenger messages between "Randolph Raven" and "Yoj Antido" from March 23, 2016, to April 9, 2016 |
| 800 | | | Cioni | Passport |
| 800A | | | Cioni | Photograph of passport |
| 801A | | | Cioni | Photograph of Florida driver's license |
| 802 | | | Cioni | Photograph of Samsung tablet (front) (DISC-00440) |
| 803 | | | Cioni | Photograph of Samsung tablet (back) (DISC-00441) |
| 804 | | | Cioni | Photograph of black iPhone (front) DISC-00443) |
| 805 | | | Cioni | Photograph of black iPhone (back) (DISC-00442) |
| 806 | | | Cioni | Photograph of white/gold iPhone (front) (DISC-00445) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 807 | | | Cioni | Photograph of white/gold iPhone (back) (DISC-00444) |
| 808 | | | Cioni | Photograph of grey iPhone (front) (DISC-00446) |
| 809 | | | Cioni | Photograph of grey iPhone (back) (DISC-00447) |
| 810 | | | Cioni | Photograph of black Samsung cell phone (front) (DISC-00448) |
| 811 | | | Cioni | Photograph of black Samsung cell phone (back) (DISC-00449) |
| 812 | | | Cioni | Photograph of pink/black Pantech cell phone (front) (DISC-00450) |
| 813 | | | Cioni | Photograph of pink/black Pantech cell phone (back) (DISC-00451) |
| 814 | | | Cioni | Photograph of white Power Bank external cell phone battery (front) (DISC-00452) |
| 815 | | | Cioni | Photograph of white Power Bank external cell phone battery (back) (DISC-00453) |
| 816 | | | Cioni | Photograph of silver Garmin GPS device (front) (DISC-00454) |
| 817 | | | Cioni | Photograph of silver Garmin GPS device (back) (DISC-00455) |
| 818 | | | Cioni | Photograph of black Canon digital camera (front) (DISC-00457) |
| 819 | | | Cioni | Photograph of black Canon digital camera (back) (DISC-00456) |
| 820 | | | Cioni | Photograph of red Canon digital camera and memory card (front) (DISC-00458) |
| 821 | | | Cioni | Photograph of red Canon digital camera and memory card (back) (DISC-00459) |
| 822 | | | Cioni | Photograph of silver Canon digital camera and memory card (front) (DISC-00460) |
| 823 | | | Cioni | Photograph of silver Canon digital camera and memory card (back) (DISC-00461) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 824 | | | Cioni | Photograph of three digital memory cards (front) (DISC-00462) |
| 825 | | | Cioni | Photograph of three digital memory cards (back) (DISC-00463) |
| 826 | | | Cioni | Photograph of three iPhone cases (front) (DISC-00464) |
| 827 | | | Cioni | Photograph of three iPhone cases (back) (DISC-00465) |
| 828 | | | Cioni | Photograph of table of various items (DISC-00466) |
| 829 | | | Cioni | Photograph of candy and other items (DISC-00467) |
| 830 | | | Cioni | Photograph of candy, clothing, electronics and other items (DISC-00468) |
| 831 | | | Cioni | Photograph of clothing and other items (DISC-00469) |
| 832 | | | Cioni | Photograph of electronics and other items (DISC-00470) |
| 833 | | | Cioni | Photograph of table of various items (DISC-00471) |
| 834 | | | Cioni | Photograph of currency and various items (DISC-00472) |
| 835 | | | Cioni | Photograph of prescription, pills, and various items (DISC-00473) |
| 836 | | | Cioni | Photograph of backpack, eyeglasses, and various items (DISC-00474) |
| 837 | | | Cioni | Photograph of table of various items (DISC-00475) |
| 838 | | | Cioni | Photograph of backpack and various items (DISC-00476) |
| 839 | | | Cioni | Photograph of Surf Easy device (DISC-00477) |
| 840 | | | Cioni | FBI Evidence Collected Log (redacted) |
| 900 | | | Waugh | Image of finger from IMGP0231 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 901 | | | Waugh | Fingerprint card of David Lynch |
| 902 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (exterior) (DISC-00645) |
| 903 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (exterior) (DISC-00646) |
| 904 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (exterior) (DISC-00647) |
| 905 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00652) |
| 906 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00653) |
| 907 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00660) |
| 908 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00663) |
| 909 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00665) |
| 910 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00669) |
| 911 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00670) |
| 912 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00673) |
| 913 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00675) |
| 914 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00676) |
| 915 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00680) |
| 916 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00681) |
| 917 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00689) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 918 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00690) |
| 919 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00691) |
| 920 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00661) |
| 921 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00697) |
| 922 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00698) |
| 923 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00699) |
| 924 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00701) |
| 925 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00706) |
| 926 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00707) |
| 927 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00708) |
| 928 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00709) |
| 929 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00711) |
| 930 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00716) |
| 931 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00714) |
| 932 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00717) |
| 933 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00718) |
| 934 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00664) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 935 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00727) |
| 936 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00728) |
| 937 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00732) |
| 938 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00738) |
| 939 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00735) |
| 940 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00737) |
| 941 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00739) |
| 942 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00745) |
| 943 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00747) |
| 944 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00796) |
| 945 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00797) |
| 946 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00731) |
| 947 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00733) |
| 948 | | | Bunch | Photograph of 705 El Dorado Drive, Venice, Florida (interior) (DISC-00729) |
| 949 | | | | [RESERVED] |
| 950 | | | Cioni | Customs and Border Patrol Travel Records of David Lynch |
| 951 | | | Cioni | Customs and Border Patrol Certified Traveler Information of David Lynch |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 953 | | | Buck | Video of interview of David Lynch |
| 954 | | | | First Stipulation Between the Parties |
| 955 | | | | Second Stipulation Between the Parties |
| 956 | | | Buck | 2015 Western Union transfer records of David Lynch |
| 957 | | | Haney | EXIF Data Summary Chart |