UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  :
:
:
v.                        :   Case No.: 8:17-CR-37-VMC-AEP
:
:
DAVID PAUL LYNCH          :
_____ :

## WITNESS LIST

COMES NOW, the Defendant, DAVID PAUL LYNCH, by and through undersigned counsel, and files this his witness list:

1. Arlan Rosenbloom

## **CONCLUSION**

WHEREFORE, the Defendant, DAVID PAUL LYNCH, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    Direct: (813) 228-6989
    Email: mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY on October 11, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire