UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA           :
                                   :
                                   :
v.                                 :       Case No.:  8:17-CR-37-VMC-AEP
                                   :
                                   :
DAVID PAUL LYNCH                   :
_____:

## EXHIBIT LIST

COMES NOW, the Defendant, DAVID PAUL LYNCH, by and through undersigned counsel, and files this his exhibit list:

1. Power Point Presentation

**CONCLUSION**

WHEREFORE, the Defendant, DAVID PAUL LYNCH, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
Direct: (813) 228-6989
Email: mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 11, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire