# Valerie R. McClain, Psy.D.
Licensed Psychologist #PY0005178
P.O. Box 260878, Tampa, FL 33685-0878

FORENSIC PSYCHOLOGICAL EVALUATION

NAME: David Lynch
AGE: 56
DOB: 10/09/61
DATE OF EVALUATION: 12/06/17, 01/16/18, 02/05/18
PLACE OF EVALUATION: Citrus County Detention Center, Lecanto, Florida

REFERRAL

The defendant was referred for a confidential psychological evaluation to assess mitigating factors for sentencing. Case No. 8:17-cr-37-T-33AEP.

TESTS AND PROCEDURES ADMINISTERED

1. Clinical Interview
2. Review of documents including Presentence Investigation Report, Discovery and Indictment
3. Mental Status Exam

HISTORY AND BACKGROUND INFORMATION

According to documents reviewed by this examiner, the defendant has been charged with 12 counts of Production of Child Pornography, Sexual Tourism and Possession of Child Pornography. Mr. Lynch reported significant medical issues including hypertension, high cholesterol, allergic rhinitis and tendonitis in his shoulder and is prescribed Simvastatin, Amlodipine, Bisoprolol and Spirolactone. Records indicate that Mr. Lynch was prescribed Xanax by his primary doctor for anxiety in 2005 when his mother became very ill. His doctor also prescribed an anti-depressant briefly which he discontinued due to side effects. He is currently taking Prozac. Mr. Lynch denied any other prior psychiatric treatment or medication. Regarding substance abuse issues, Mr. Lynch reported he began using alcohol at age 13 years old and graduated to daily use during the last ten years leading up to his arrest. He reported occasional use of marijuana beginning at age 18 up until 46 years old. He tried cocaine twice at the age of 20 years old. He reported he attended AA meetings after being charged with a DUI in 1991.

Mr. Lynch is divorced and has three children between the ages of five and 20 years old. He has one 20 year old daughter, Veronica Lynce, with his ex-wife, Maria Madeline Santacruz, whom he was married to from 1995 until 2015. They were married but lived separately in the same residence from 2002 until they divorced. His ex-wife remains

supportive of him. He has one 10 year old daughter, Jasmine Lynch, who resides with her maternal aunt, Erzel Villaruel. He has a 5 year old son, Ashton Mahilum, who resides with his maternal grandparents.

He was born in Washington, D.C. and raised in Rockville, Maryland before moving to Venice, Florida in his high school years in 1979. He subsequently returned to Maryland in 1986 and remained there until he returned to Sarasota, Florida until 1990 when he relocated to Venice, Florida. His father was retired military and passed away in 1986 from a heart attack. His mother died in 2006 at age 80 from cancer. He was close to his mother and assisted in her care as she became very ill in 2005 prior to her death. He has five brothers. His relationship with his brothers became conflictual following the death of his mother when he became the executor of her estate. He denied any history of physical or sexual abuse while growing up. He reported his family history of mental illness is significant in older brother, who has been hospitalized. He denied any family history of substance abuse.

Mr. Lynch is a high school graduate who attended obtained his Bachelor of Arts degree in Chemistry from the University of South Florida in 1986. He reported that while in school, he was an average student in regular classes who failed no grades. He reported that he has worked in eyeglass manufacturing and refurbishing and opened his own business in 1995, Dave Lynch & Associates. He does not receive Social Security Disability payments.

MENTAL STATUS AND BEHAVIORAL OBSERVATIONS

Mr. Lynch is a 56-year-old Caucasian male who was seen in an evaluation room at Citrus County Detention Center. He was oriented to person, place, purpose and time. His thought processes were clear, logical and goal directed. Speech and language were within normal limits. He denied any history of auditory or visual hallucinations, as well as any paranoid ideation. He denied any history of suicidal or homicidal ideation, intent, or plan. He reported his appetite is good and his sleep is variable. He presented as depressed and related a history of depression surrounding his marriage worsening around the time of his mother's illness and death. Based on observations during this interview and his academic and vocational background, his estimated intelligence level is likely in the average range. Results from this evaluation can be viewed as a valid indicator of his current level of functioning.

DIAGNOSTIC IMPRESSIONS

Axis I:   Unspecified Depressive Disorder – 311
          Pedophilic Disorder – 302.2
          Alcohol Use Disorder – 305.00

SUMMARY AND RECOMMENDATIONS

Mr. Lynch is a 56-year-old Caucasian male who was referred for a confidential evaluation to assess mitigating factors for sentencing. Mitigating factors include a history of mental health and substance abuse problems. He has had limited treatment for his mental health issues and substance abuse. Mr. Lynch was seen on three occasions. During the course of the visits, this examiner addressed the behavioral issues and cognitive issues leading to his present offenses. Mr. Lynch acknowledged a discrepant view of American children as compared to the victims in the present case in which the cultural belief system focused on normalizing the exploitation of child victims. He was confronted with his belief system and was able to respond and understand the implications for the victims and impact on their lives due to his behavior. He acknowledged responsibility for his actions and understands the need to address the errors in his belief system. To this end, he is amenable to treatment focused on addressing his sexual offenses. He also acknowledged depression related to both his marital estrangement and the death of his mother. His use of alcohol progressed and further worsened his isolation and engaging in inappropriate behaviors. Pending the outcome of his case, it is this examiner's opinion that Mr. Lynch is a good candidate for dual diagnosis treatment including mental health treatment and medication, and substance abuse treatment. It is also recommended that he again attend AA or NA meetings to facilitate his long-term recovery from substance abuse. Given Mr. Lynch's willingness to participate in treatment, insight and age factors, he is at low risk for recidivism given the intervention noted above. Following incarceration, it is recommended that monitoring be implemented including restricting travel outside of the United States, limiting internet access and random urine screens.

Valerie R. McClain, Psy.D.
Licensed Psychologist