Veronica Nicole Lynch
705 El Dorado Drive
Venice, FL, 34285


Virginia M Hernandez Covington
United States District Court Middle District of Florida
Tampa Division
801 North Florida Avenue
Chamber 14B
Tampa, FL 33602

Dear Honorable Judge Hernandez Covington:

My name is Veronica Lynch, and I am the daughter of David Lynch. This year has been the most difficult and testing year of my life. I truly feel depressed and anxious after my dad's incarceration and trial, and my body is experiencing lows I never felt before.

Although I knew my dad suffered from alcoholism most of his adult life, neither myself, nor his loved ones were aware of his endeavors. I do not know all the details of the trial, mostly because I do not want to ask and know more than I need to know. But, I worry deeply about my father's sentencing in January 2018 because I know there is a possibility that my father's incarceration extends into the last years of his life, and I am most worried because I think I might never be able to see him again.

As Americans and inhabitants of this earth we abide by the rule of conduct, and I know he is deeply reflecting and regretting the decisions he has made that has resulted in his imprisonment.

I love my dad and I know him to be a good father and the person I could always lean on in my life. The person I could count on being there for me and vice versa. Words on this paper do not adequately describe my love for father, and I am struggling to imagine the rest of my life without him. I just can not imagine how I would cope with his absence, and I only wish I could do something to change this this painful moment.


Sincerely,

*Veronica Lynch*

Veronica Lynch

Madeline Lynch
705 El Dorado Drive
Venice, FL, 34285


Virginia M Hernandez Covington
United States District Court Middle District of Florida
Tampa Division
801 North Florida Avenue
Chamber 14B
Tampa, FL 33602

Dear Honorable Judge Hernandez Covington:

My name is Madeline Lynch, and I work as a respiratory therapist at the Venice Regional Bayfront Hospital in the county of Sarasota.
I met David Lynch in 1987 when I first came to the United States. We dated for a few years and we got married in 1992. Our daughter Veronica Nicole Lynch was born in 1997. Although we are no longer married we maintain a very close and supportive relationship and continue to care for each other as of today.
I am aware of the charges against him and I understand the impact of his actions. However, I know he has the greatest heart, and I can only hope that this painful experience for all of us turns him into an even better person.

When I first met David he helped me a great deal with my language skills and college studies. He was always supportive, caring, loyal and a person with a great sense of responsibility. As a father he always put our daughter first and he fulfilled all his responsibilities by providing the means for a good education and raising a child with well grounded principals and morals. I could not have asked for a better father for my child and if I had to I would choose him again.
Furthermore, David's relationship with my immediate family is as well a close one to the day, and my parents and sister were present during the trial showing their support and helping me through these difficult times.

David's incarceration will definitely affect our lives negatively. Economically, I will have to face the hardship of being the sole provider for our daughter's education, as well as covering all the household payments and expenses, but I will work hard. Emotionally, I will have to stay strong to help our daughter understand the complexity of the situation, and support her in her struggle to process the circumstances. She loves her father immensely and she is having a very hard time not having him around.
I am sure that David regrets every decision and action that has taken him to where he is today, and I am sure he will work on a psychological level to understand and amend the underlying causes of his wrongly actions. Knowing him, I am confident that he can turn all the bad into good and be a better person that can contribute to society in positive ways.

Respectfully,
*Madeline Lynch* (signature)
Madeline Lynch

Jeffrey B. Matteson
72 Birdnest Drive
Berlin  Maryland 21811


Virginia M. Hernandez Covington
United States District Court Middle District of Florida
Tampa Division
801 North Florida Avenue
Chamber 14B
Tampa, Florida 33602

Dear Honorable Judge Hernandez Covington,

My name is Jeffrey Matteson, I am 56 years old. I have lived in Ocean Pines, Maryland for 35 years and been employed as a UPS driver for 31 years, in Salisbury, Maryland. I have been married to my wife, Donna for 31 years. I am writing to you on behalf of my good friend David Lynch. I have known Dave for almost 50 years. We first met playing intermural basketball when we were in grade school. We were classmates in junior and senior high school and shared the same interests in music and sports as we grew up. We both enjoyed fishing, shooting pool and going to concerts together. Dave moved away from the Wheaton area we grew up in shortly after graduating high school, with his parents to Florida. Dave's father passed shortly after the move and he cared for his mother for more than twenty years. Dave is one of four brothers and was chosen as executor of the of the will after the passing of his mother, as the family felt he was most trustworthy of the brothers.

Dave has continued to be a friend to myself and my family over the years and we have made many visits to each other's homes. He has been a wonderful father and devoted husband to Madeline. Dave has worked for an optical equipment company for as long as I can remember, and has been a dedicated and trustworthy employee. Dave has also been a generous host to my family when we visited him in Florida. I would like to stress the fact that there was never a time where I worried about the safety or well being of my children while we were visiting. We have gone to see his Tampa Bay Buccaneers play my Washington Redskins as well as the Tampa Bay Rays play the Baltimore Orioles.

I am hoping that you will look at David with a sympathetic eye and show some leniency in his sentencing. Dave is truly a good person and I hope that he will be allowed to continue to provide for his family.

Sincerely,

Jeffrey B. Matteson

Susan Stees
SE Wandering Eyes Optical Equipment Repair
5185 W Dunnellon Rd, Suite B
Dunnellon, FL 34433


Virginia M Hernandez Covington
United States District Court Middle District of Florida
Tampa Division
801 N Florida Avenue
Chamber 14B
Tampa, FL 33602

Dear Honorable Judge Hernandez Covington

I am writing regarding David Lynch. I have known David as a business associate for over five years. Throughout the time that I have known David he has always been straight forward and ethical in all of our deals. I have bought equipment from him and have also sold equipment to him. He has always been honest in all of our business exchanges and paid all bills on time. David has always shown a shining outstanding character to me.

I met David when I had an instrument I could not fix. Researching parts for the machine on the internet lead me to David Lynch. He did not know me but was still kind enough to allow me to work in his office replacing board after board in the machine until we found the one that was causing the instrument to malfunction. This took several hours and he patiently waited until I found the correct board I needed to repair the machine. Any one else I know would have declared the instrument as non fixable and not wasted hours working on it. The owner of the machine was ecstatic when I returned it repaired.

David has helped many people fix optical instruments allowing others to see and lead better lives.

Sincerely,

*Susan Stees*

Susan Stees